UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ANDRES CORIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 1:22-CV-199-KAC-CHS |
| | ) | |
| SPORT PONTOONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In the Order Dismissing Action, the Court **DISMISSED** this action with prejudice under

Federal Rule of Civil Procedure 41(b) and Local Rule 83.13.  The Court **DIRECTS** the Clerk to

close this case.

SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
s/ LeAnna R. Wilson
CLERK OF COURT

1